UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE CLEVELAND DELL REID, SR.,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 25-cv-10443-VC

**ORDER OF DISMISSAL**

The court dismissed Andre Cleveland Dell Reid, Sr.'s complaint with leave to amend on March 26, 2026, requesting Reid file an amended complaint within 28 days. Dkt. No. 10. Reid filed an amended complaint, and the court dismissed the first amended complaint with leave to amend on August 3, 2026, again providing 28 days to file a second amended complaint. Dkt. No. 15. The court noted that failure to amend within the designated time would result in the dismissal of the case with prejudice. *Id.* The deadline to amend has passed and Reid has not responded nor communicated with the court. The complaint is therefore dismissed with prejudice for failure to state upon which relief may be granted. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 11, 2026

VINCE CHHABRIA
United States District Judge